### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BERNICE JACKSON, individually and on behalf of all other persons similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH and HUMAN SERVICES., et al.,<br><br>           Defendant. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-1196-CC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of Federal Defendants' Motion to Dismiss, or Alternatively, for a More Definite Statement and Certain Defendants' Renewed Motion to Dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 9th day of February, 2010.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                            By:   s/Velma Shanks
                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 9, 2010
James N. Hatten
Clerk of Court

By:  s/Velma Shanks
       Deputy Clerk