IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

1:09-CU-1196

No. 10-11233-I

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 1 3 2010

JOHN LEY
CLERK

BERNICE JACKSON,
individually and on behalf of persons similarly situated,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,
THE NATIONAL INSTITUTES OF HEALTH,
THE NATIONAL CANCER INSTITUTE,
THE U.S. GOVERNMENT,
R.J. REYNOLDS TOBACCO COMPANY,
directly and as successor by merger to Brown &
Williamson Tabacco Coporation; directly and as
successor by merger to American Tobacco Company;
and directly and as successor to the Tobacco interests
of American Brands, Inc., et al.,

Defendants - Appellees.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 5 2010

JAMES N. HATTEN, CLERK
By:

Appeal from the United States District Court for the
Northern District of Georgia

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Bernice Jackson failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in the district court and file a Civil Appeal Statement form within the time fixed by the rules., effective April 13, 2010.

A TRUE COPY - ATTESTED
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

BY: Denise O'Guin
DEPUTY CLERK
ATLANTA, GEORGIA

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Denise O'Guin, Deputy Clerk

FOR THE COURT - BY DIRECTION